IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60603
Conference Calendar
_____

CORNELIUS BROWN,

                                        Plaintiff-Appellant,

versus

JAMES ANDERSON; WAYNE GARRARD,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:97-CV-117-BD
- - - - - - - - - -
June 17, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Cornelius Brown, Mississippi prisoner No. 40330, appeals the

dismissal of his civil rights complaint for failure to exhaust

prison administrative remedies and requests injunctive relief

during the pendency of his appeal.  The motion for injunctive

relief is DENIED.  Brown's complaint filed in the district court

alleged that the defendants failed to provide him with an

adequate adult literacy program at the Mississippi State

Penitentiary.  We AFFIRM the dismissal of the complaint on the

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

alternative basis that it fails to allege a constitutional violation.  Beck v. Lynaugh, 842 F.2d 759, 762 (5th Cir. 1988); see Colvin v. Estelle, 506 F.2d 747, 748 (5th Cir. 1975).

AFFIRMED.  MOTION FOR INJUNCTIVE RELIEF DENIED.